

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2015

No. 04-15-00268-CV

**AMATUER ATHLETIC UNION OF THE UNITED STATES, INC.**,
Paul Campbell, Rod Seaford, and Charles Oliver,
Appellants

v.

Augustus **BRAY**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10872
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to June 24, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2015.



_____
Keith E. Hottle
Clerk of Court